**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   DONALD RAY ELLIS,                          No. C-14-00195 DMR

12          Plaintiff,                          **SUA SPONTE JUDICIAL REFERRAL
                                                FOR PURPOSES OF DETERMINING**
13      v.                                      **RELATIONSHIP OF CASES**

14   CITY OF PITTSBURG ET AL,

15          Defendant(s).
     _____/
16

17          On January 13, 2014, Plaintiff filed this *pro se* action.  Pursuant to Civil Local Rule 3-12(c),

18   the court *sua sponte* refers this case to Judge Spero to determine whether it is related to *Donald Ray*

19   *Ellis v. City of Pittsburg*, Case No. 14-cv-193-JCS.

20

21          IT IS SO ORDERED.

22

23   Dated:  January 22, 2014

24                                              _____
                                                DONNA M. RYU
25                                              United States Magistrate Judge

26

27

28